# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **DIANNE LABORDE** | : | **DOCKET NO. 1:22-cv-04098** |
| **VERSUS** | : | **JUDGE DEE D. DRELL** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

Before the court is a Rule 41(a) Request for Court-Ordered Dismissal with Prejudice filed by plaintiff Dianne Laborde. Doc. 21. The motion has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636.

For the reasons stated **IT IS RECOMMENDED** that the motion be **GRANTED**.

This suit was filed on plaintiff's behalf by the firm McClenny Moseley & Associates, PLLC ("MMA"). Doc. 1. Plaintiff recently became a *pro se* litigant by operation of an order of this court terminating former MMA counsel from proceedings, designating plaintiff a *Pro Se* litigant, and other matters (the "Termination Order"). Doc. 14. The Termination Order set a June 28, 2023, status conference that plaintiff was ordered to attend in person. The court held the status conference on June 28, 2023, in Alexandria, Louisiana. Doc. 16. Plaintiff appeared as ordered, and the court advised her of her *pro se* status and the responsibilities of a *pro se* litigant. *Id.*

Plaintiff later filed the instant motion, advising the court that the parties have reached a settlement in this matter and seeking dismissal of plaintiff's claims with prejudice. Doc. 21. The form is properly signed and witnessed. *Id.* at p. 2. Attached to the motion is a letter from defense counsel confirming that the matter is settled. Doc. 21, att. 1.

Rule 41(a)(2) of the Federal Rules of Civil Procedure instructs that, at the plaintiff's request, the court may dismiss an action "on terms that the court considers proper." Here, both plaintiff and defendant agree that the matter has settled and that dismissal with prejudice is appropriate. Doc. 21; doc. 21, att. 1. Thus, having reviewed plaintiff's motion and its attachment, the undersigned finds the terms of dismissal set out in the motion to be proper. Accordingly,

**IT IS RECOMMENDED** that the Rule 41(a) Request for Court-Ordered Dismissal with Prejudice [doc. 21] be **GRANTED,** and that plaintiff's claims against defendant Allstate Vehicle & Property Insurance Co. be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and expenses.

Under the provisions of 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure, parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Ass'n,* 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 5th day of October, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE