UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **DIANNE LABORDE** | : | **CASE NO. 1:22-cv-04098** |
| **VERSUS** | : | **JUDGE DEE D. DRELL** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 22], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Dianne Laborde's Rule 41(a) Request for Court-Ordered Dismissal with prejudice [doc. 21] is **GRANTED** and that this matter is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 23rd day of October 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT